Kathleen Maylin (State Bar No. 155371)
Punam Sarad (State Bar No. 217091)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: maylink@jacksonlewis.com
E-mail: saradp@jacksonlewis.com

Attorneys for Defendants
THE HOUSING AUTHORITY OF THE COUNTY OF MARIN ("Erroneously sued herein as "HOUSING AUTHORITY FOR THE COUNTY OF MARIN") and NANNETTE BEACHAM-SPARKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY B. EDWARDS,

Plaintiff,

v.

HOUSING AUTHORITY FOR THE COUNTY OF MARIN; NANNETTE BEACHAM-SPARKS, DEPUTY DIRECTOR, HOUSING AUTHORITY FOR THE COUNTY OF MARIN; DOES 1 THROUGH 25,

Defendants.

Case No. C 10-03426 JSW

~~**[PROPOSED]**~~ ORDER RE STIPULATED REQUEST FOR A CONTINUANCE OF HEARING DATE ON DISPOSITIVE MOTION AND MODIFICATION OF BRIEFING SCHEDULE

Complaint Filed: August 4, 2010
Trial Date: None set

**~~[PROPOSED]~~ ORDER**

Good cause appearing, the Parties' stipulated request for a continuance of the hearing date on a dispositive motion and modification of briefing schedule is granted. The hearing date for a dispositive motion and briefing schedule follow: The hearing is CONTINUED to February 10, 2012 at 9:00 a.m. If the parties plan to file cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby one party shall file an opening summary judgment motion by December 21, 2011, and the other party shall file its opposition and cross-motion by January 6, 2012. The reply in support of the opening motion and opposition to the cross motion shall be filed by January 20, 2012, and the reply in support of the cross-motion shall be filed by January 27, 2012. If only one party is filing a motion for summary judgment, the parties shall follow the briefing schedule set forth in their stipulation.

~~**Hearing date on dispositive motion:**~~

~~Opening Brief:~~

~~Opposition Brief:~~

~~Reply Brief:~~

IT IS SO ORDERED.

Dated: November 7, 2011

UNITED STATES DISTRICT COURT JUDGE JEFFREY S. WHITE

4840-8819-3549, v. 1