Kathleen Maylin (State Bar No. 155371)
Punam Sarad (State Bar No. 217091)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: maylink@jacksonlewis.com
E-mail: saradp@jacksonlewis.com

Attorneys for Defendants
THE HOUSING AUTHORITY OF THE COUNTY
OF MARIN ("Erroneously sued herein as
"HOUSING AUTHORITY FOR THE COUNTY OF
MARIN") and NANNETTE BEACHAM-SPARKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY B. EDWARDS,<br><br>                    Plaintiff,<br><br>     v.<br><br>HOUSING AUTHORITY FOR THE COUNTY OF MARIN; NANNETTE BEACHAM-SPARKS, DEPUTY DIRECTOR, HOUSING AUTHORITY FOR THE COUNTY OF MARIN; DOES 1 THROUGH 25,<br><br>                    Defendants. | Case No. C 10-03426 JSW<br><br>[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF DEFENDANT THE HOUSING AUTHORITY OF THE COUNTY OF MARIN<br><br>Complaint Filed: August 4, 2010 |

**GOOD CAUSE APPEARING, THE PARTIES STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE HOUSING AUTHORITY OF THE COUNTY OF MARIN IS GRANTED.**

**IT IS SO ORDERED.**

Dated: February 8, 2012        _____
                                                        *[signature: Jeffrey S. White]*
                                                        UNITED STATES DISTRICT COURT JUDGE

1                                                                                            Case No. C 10-03426 JSW
[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF
DEFENDANT THE HOUSING AUTHORITY OF THE COUNTY OF MARIN